| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

BENJAMIN DAVID IRVIN §
TDCJ 36272802 §
 §
versus § Civil Action H-07-3055
 §
CAPT. JERRY GRISSOM, *ET AL.* §

## Opinion on Transfer

An inmate has sued Department of Homeland Security officers for violations of his civil rights at the DHS Detention Facility. The Detention Facility and the officers are in Polk County. Polk County is in the Lufkin Division of the Eastern District of Texas. This case should be transferred to the district of the events under the discretionary general venue statutes since there is no venue specified in the Civil Rights Act. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391; 42 U.S.C. §§ 1981, *et seq.*

This case will be transferred to the United States District Court for the Eastern District of Texas, Lufkin Division.

The Motion for Appointment of Counsel and the Motion to Proceed *In Forma Pauperis* (3, 4) are denied without prejudice.

Signed at Houston, Texas, on _Oct. 16_, 2007.

Lynn N. Hughes
United States District Judge